**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

GLENEL BOWDEN,

    Plaintiff,

vs.                                              CASE NO. 3:06-cv-141-J-32TEM

CITY OF LAKE CITY, et al.

    Defendants.
_____

**O R D E R**

This case is before the Court on Plaintiff's Motion for Leave to File Third Amended Complaint (Doc. #23), filed January 3, 2007. Thereafter, Plaintiff filed the proposed Third Amended Complaint, which is shown as Docket Entry #24.[1] Plaintiff seeks to amend the second amended complaint (Doc. #13) to clarify certain parts and to correct other errors that were discovered subsequent to filing. *See* Doc. #23 at 1. Plaintiff has conferred with defense counsel and represents to the Court that opposing counsel does not object to the filing of the third amended complaint (Doc. #23 at 1-2).

Rule 15(a) of the Federal Rules of Civil Procedure states that leave to amend "shall be freely given when justice so requires." FED. R. CIV. P. 15; *Foman v. Davis*, 371 U.S. 178, 182 (1962). In the language of the *Foman* Court,

> In the absence of any apparent or declared reason–such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the

---

[1] The Court notes the instance of filing the Third Amended Complaint prior to obtaining the Court's leave was the second such instance in this case. *For reference, see* Docs. #13, #14. Plaintiff is admonished to adhere to the provisions of the procedural rules applicable in this Court.

opposing party by virtue of allowance of the amendment, futility of amendment, etc.– the leave sought should, as the rules require, be 'freely given.'

*Foman*, 371 U.S. at 182.  This Court finds Plaintiff's Motion (Doc. #23) not to be in bad faith, for purposes of delay, or for any suspect reason stated above.  The remaining Defendants would not be prejudiced by the amended complaint, but are free to refute such at trial or in summary judgment proceedings.  Thus, upon due consideration it is hereby

**ORDERED**:

1. Plaintiff's Motion for Leave to File Third Amended Complaint (Doc. #23) is **GRANTED.**

2. The proposed Third Amended Complaint (Doc. #24) shall stand as filed.

3. Defendants shall respond to the Third Amended Complaint by the close of business on January 23, 2007.

4. Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. #19) is **DENIED as moot**.

**DONE AND ORDERED** at Jacksonville, Florida, this  5th   day of January, 2007.

Copies to:
Counsel of Record
*Pro Se* Parties (if any)

*/s/ Thomas E. Morris*
**THOMAS E. MORRIS**
United States Magistrate Judge